441 F.2d 268
 The RAVENEL COMPANY, Inc., Plaintiff-Appellee-Cross Appellant,
v.
Wilson P. ABRAHAM, Defendant-Appellant-Cross Appellee.
 No. 30954.
 United States Court of Appeals, Fifth Circuit.
 May 6, 1971.
 
 Appeal from the United States District Court for the Eastern District of Louisiana; E. Gordon West, Chief Judge. 275 F.Supp. 797.
 M. Aubrey McCleary, Jr., McCollister, Belcher, McCleary & Fazio, Baton Rouge, La., for defendant-appellant-appellee.
 R. W. Williams, Jr., H. K. Sweeney, Baton Rouge, La., for plaintiff-appellee-appellant.
 Before GOLDBERG, GODBOLD and RONEY, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F.2d 966